1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    REGINALD EDWARD SPEARMAN,              No.  2:21-cv-1290 JDP P

12              Plaintiff,

13         v.                                ORDER

14    PUBLIC DEFENDERS OFFICE, et al.,

15              Defendants.

16

17         Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  ECF Nos. 1, 2.  However, the certificate portion of the request which must be

20    completed by plaintiff's institution of incarceration has not been filled out. See ECF No. 2 at 2.

21    Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-

22    month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

23    Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and

24    a certified copy in support of his application.

25         In accordance with the above, IT IS HEREBY ORDERED that:

26         1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27    affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

28    of Court;

1

1    2.  The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma

2    Pauperis By a Prisoner, and

3    3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4    his inmate trust account statement for the six-month period immediately preceding the filing of

5    the complaint.

6    Plaintiff is warned that his failure to comply with this order will result in a

7    recommendation that this action be dismissed without prejudice.

8    DATED: July 27, 2021

9    _____

    ALLISON CLAIRE

10    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2