UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC DEFENDER'S OFFICE, et al.,<br><br>Defendants. | No. 2:21-cv-1290-TLN-AC<br><br>**ORDER** |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 10. Plaintiff has not filed objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations issued August 10, 2023 (ECF No. 10), are ADOPTED IN FULL;

3 | 2. The pending prisoner application to proceed in forma pauperis (ECF No. 6) is DENIED as moot;

4 | 3. This action is DISMISSED without prejudice; and

5 | 4. The Clerk of Court is directed to close this case.

Date: September 27, 2023

Troy L. Nunley
United States District Judge